1  John Brosnan
2  535 Appian Way, 21281
   El Sobrante, CA 94803
3  510-350-6542
4  jbincausa@gmail.com

8           UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9  JOHN BROSNAN,                              Case No.  24-CV-06264-HSG
      Plaintiff,
10
                                              NOTICE OF VOLUNTARY DISMISSAL OF
11 v.                                          ENTIRE CASE

12 EKE MOTORSPORTS INC., DOES 1 TO 9,         Hon.  Haywood S. Gilliam
      Defendants.
13 _____/

14         TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this

15 matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this entire

16 case with prejudice.

17 Date: June 4, 2025          (John Brosnan) /s/

21 NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE was served on defendant via email on June
22 4, 2025, via email to Edward Higginbotham at ehigginbotham@sflaw.net.  I Declare under penalty of
23 perjury under the laws of the United States that the foregoing is true and correct.
24 (John Brosnan) /s/